# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JIM BLASA,**

    **Plaintiff,**

vs.                                                         No.   06-87 DRH

**NOOTER CONSTRUCTION COMPANY,**        (Removed from Circuit Court of
**NOOTER CORPORATION,**                 Madison County, IL – No. 05-L-182)
**CONOCOPHILLIPS COMPANY,**
**WASHINGTON GROUP**
**INTERNATIONAL, INC., SAFWAY**
**SERVICES, INC., f/k/a SAFWAY**
**STEEL PRODUCTIONS, INC.,**

    **Defendants.**

_____

**WASHINGTON GROUP**
**INTERNATIONAL, INC.,**

    **Third Party Plaintiff**

**vs.**

**KRAEMER GUNITE, INC.**

    **Third Party Defendant**

## ORDER

**HERNDON, District Judge:**

    The Court having been advised by counsel for Plaintiff that the above action has been settled but that additional time is needed to consummate the settlement, the Clerk of Court is **DIRECTED** to enter judgment dismissing this action

with prejudice and without costs 60 days from the date of this Order. Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment.

In light of the parties' settlement, the Court **DENIES as moot** all pending motions and **VACATES** all court dates.

**IT IS SO ORDERED**.

Signed this 13th day of November, 2006.

/s/        David    RHerndon
**United States District Judge**