IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JIM BLASA, | ) |
| Plaintiff, | ) |
| VS. | )   NO. CV 06-87-DRH-PMF |
| NOOTER CONSTRUCTION COMPANY; NOOTER CORPORAITON; CONOCO PHILLIPS, CO.; WASHINGTON GROUP INTERNATIONAL; and SAFWAY SERVICES, INC., formerly known as Safway Steel Products, Inc.; | ) |
| Defendants. | ) |
| WASHINGTON GROUP INTERNATIONAL, | ) |
| Third-Party Plaintiff, | ) |
| VS. | ) |
| KRAEMER GUNITE, INC., | ) |
| Third-Party Defendant. | ) |
| SAFWAY SERVICES, INC., | ) |
| Third-Party Plaintiff, | ) |
| VS. | ) |
| KRAEMER GUNITE, INC., | ) |
| Third-Party Defendant. | ) |
| NOOTER CONSTRUCTION COMPANY, | ) |
| Third-Party Plaintiff, | ) |
| VS. | ) |
| SAFWAY SERVICES, INC., | ) |
| Third-Party Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: February 15, 2007.**

                                                           **NORBERT G. JAWORSKI, Clerk**

                                                           BY:    s/ Patricia A. Brown

                                                           **Deputy Clerk**

**APPROVED:**  /s/   David  RHerndon
                      **DISTRICT JUDGE**